IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRA K. SAXTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:07-CV-733-MHT |
| | ) |
| ELMORE COUNTY | ) JURY TRIAL DEMAND |
| BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

### Jurisdiction and Venue

1. This is a suit for violation of the Americans with Disabilities Act and the Age Discrimination in Employment Act.

2. The jurisdiction of this Court exists due to questions of violation of the federal statutes at issue.

3. The unlawful employment practices and acts of discrimination about which the Plaintiff complains were committed within Elmore County, State of Alabama.

### Parties

4. The Plaintiff, Sandra K. Saxton, is a resident of the State of Alabama.

5. Defendant, Elmore County Board of Education is a municipal entity of Elmore County, Alabama.

## Administrative Remedies

6. The Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") within 180 days of the acts of discrimination of which she complains. See Exhibit "A" attached.

7. The Plaintiff received a Notice of Right to Sue from the EEOC within 90 days of the filing of this complaint. See Exhibit "B" attached.

## Factual Allegations

8. During the course of her employment by the Defendant, the Plaintiff has been subjected to severe and pervasive harassment in the form of adverse comments and actions directed at her because of her age.

9. During the course of her employment by the Defendant, the Plaintiff has been subjected to severe and pervasive harassment in the form of adverse comments and actions directed at her because the Defendant, through its employee and agent Verna Webb, regarded her as disabled.

10. Said harassment was directed at the Plaintiff by Ms. Verna Webb, the Plaintiff's immediate supervisor and the Principal at the school where she was employed as a teacher.

11. During the course of her employment, the Defendant discriminated against the Plaintiff with respect to the compensation, terms, conditions and/or privileges of her employment.

12. Younger employees and/or employees who were not regarded as disabled were not subjected to the harassment directed at the Plaintiff.

13. Younger employees and/or employees who were not regarded as disabled were not similarly

discriminated against with respect to the compensation, terms, conditions and/or privileges of employment as compared to the Plaintiff.

14. As a result of the Defendant's unlawful conduct, the Plaintiff was caused to suffer humiliation and mental anguish.

## COUNT I

## AMERICANS WITH DISABILITIES ACT
### (Disparate Treatment)

15. The Plaintiff adopts and re-alleges all paragraphs set forth above.

16. The above-described wrongful conduct constitutes disparate treatment in violation of the Americans with Disabilities Act.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff respectfully requests the entry of a judgment against the Defendant for violation of the Americans with Disabilities Act, pursuant to an Order by which the Court:

  (a) awards compensatory damages;

  (b) awards injunctive relief, including where appropriate, reinstatement, back pay, and/or front pay;

  (c) awards that relief which is fair, reasonable and just under the circumstances of this case;

  (d) awards a reasonable attorney's fee; and

  (e) taxes costs against the Defendant.

## COUNT II

### AMERICANS WITH DISABILITIES ACT
**(Hostile Work Environment)**

17. The Plaintiff adopts and re-alleges all paragraphs set forth above.

18. The above-described conduct constitutes a violation of the Americans with Disabilities Act..

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff respectfully requests the entry of a judgment against the Defendant for violation of the Americans with Disabilities Act, pursuant to an Order by which the Court:

（a) awards compensatory damages;

(b) awards injunctive relief, including where appropriate, reinstatement, back pay, and/or front pay;

(c) awards that relief which is fair, reasonable and just under the circumstances of this case;

(d) awards a reasonable attorney's fee; and

(e) taxes costs against the Defendant

## COUNT III

### AGE DISCRIMINATION IN EMPLOYMENT ACT
**(Disparate Treatment)**

19. The Plaintiff adopts and re-alleges all paragraphs set forth above.

20. The above-described conduct constitutes disparate treatment in violation of the Age Discrimination in Employment Act.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff respectfully requests the entry of a judgment against the Defendant for violation of the Age Discrimination in Employment Act.

pursuant to an Order by which the Court:

    (a)    awards compensatory damages;

    (b)    awards injunctive relief, including where appropriate, reinstatement, back pay, and/or front pay;

    (c)    awards that relief which is fair, reasonable and just under the circumstances of this case;

    (d)    awards a reasonable attorney's fee; and

    (e)    taxes costs against the Defendant

## COUNT IV

## AGE DISCRIMINATION IN EMPLOYMENT ACT
### (Hostile Work Environment)

21.    The Plaintiff adopts and re-alleges all paragraphs set forth above.

22.    The above-described conduct constitutes a violation of the Age Discrimination in Employment Act.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff respectfully requests the entry of a judgment against the Defendant for violation of the Age Discrimination in Employment Act. pursuant to an Order by which the Court:

    (a)    awards compensatory damages;

    (b)    awards injunctive relief, including where appropriate, reinstatement, back pay, and/or front pay;

    (c)    awards that relief which is fair, reasonable and just under the circumstances of this case;

    (d)    awards a reasonable attorney's fee; and

    (e)    taxes costs against the Defendant

PLAINTIFF DEMANDS TRIAL BY A STRUCK JURY

*[signature]*

_____
Adam P. Morel
**ATTORNEY FOR THE PLAINTIFF**

**OF COUNSEL:**

**LAW OFFICES OF ADAM MOREL, L.L.C.**
517 Beacon Parkway
Birmingham, AL 35209
*Telephone:    (205) 252-8841*
*Facsimile:     (205) 252-3727*

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL RETURN RECEIPT REQUESTED:**

Jeffrey E. Langham, Superintendant
Elmore County Board of Education
203 Hill Street
Wetumpka, AL 36092

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>[ ] FEPA<br>[X] EEOC | CHARGE NUMBER<br>420-2006-01007 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

| NAME (indicate Mr., Ms., Mrs.)<br>Mrs. Sandra K. Saxton | HOME TELEPHONE (include area code)<br>(334) 584-7229 | |
|---|---|---|
| STREET ADDRESS<br>4793 Old Union Road | CITY, STATE AND ZIP CODE<br>Fitzpatrick, AL 36029 | DATE OF BIRTH<br>12-11-50 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>Elmore County Board of Education | NUMBER OF EMPLOYEES, MEMBERS<br>35 | TELEPHONE (Include Area Code)<br>(334) 567-1200 |
|---|---|---|
| STREET ADDRESS<br>203 Hill Street | CITY, STATE AND ZIP CODE<br>Wetumpka, AL 36092 | COUNTY<br>Elmore |
| NAME<br>Ms. Verna Webb, Principal at Holtville Middle School | TELEPHONE NUMBER (Include Area Code)<br>(334) 569-1596 or (334) 569-1261 | |
| STREET ADDRESS<br>655 Bulldog Lane | CITY, STATE AND ZIP CODE<br>Deatsville, AL | COUNTY<br>Elmore |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))<br>[ ] RACE    [ ] COLOR    [ ] SEX    [ ] RELIGION    [x] AGE<br>[ ] RETALIATION    [ ] NATIONAL ORIGIN    [x] DISABILITY    [ ] OTHER (Specify) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST (ADEA/EPA)       LATEST (ALL)<br><br>[x] CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Attached hereto incorporated therein as fully set out



RECEIVED EEOC
FEB 13 2006
BIRMINGHAM DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br>_Sonia B. Puckett_<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>2-10-06    _Sandra K. Saxton_<br>Date    Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br>_Sandra K. Saxton_<br>SUBSCRIBED AND SWORN TO BEFORE ME ON THIS DATE<br>(DAY, MONTH, AND YEAR)  2-10-06 |

EEOC FORM 5 (Test 10/94)

PLAINTIFF'S EXHIBIT
A

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

My name is <u>Sandra K. Saxton</u>, I do solemnly swear is true and correct in every particular;

1. I am a 55 year old female of African-American decent, and I am of sound mind and body, although I do have some physical disabilities further described here.

2. I have been married for the past 28 years to Johnny L. Saxton, a 57 years old Vietnam Veteran.

3. I have been an employee of the Elmore County Board of Education for 16 years. During that time, I was an English teacher, and have received excellent evaluations, and reviews for my work performance.

4. Unfortunately, during the past several years my eyesight has weakened. However, I can still see adequately to do my job. Although I am 55 years old, and have had some other physical issues to deal with, I am otherwise very able to continue my work as an English teacher at the Holtville Middle School.

5. Unfortunately, I have been on the receiving end during this entire past year of many negative comments, even hateful comments, from the principal, Ms. Verna Webb, concerning my age and disability. She has flat out said many times, even as recently as two weeks ago that **"you are too old to be teaching; you should take blind ass home; you should retire with your crippled ass."** Of course these comments have been very hurtful, and depressing, and I am sick and tired of being so belittled and demeaned.

6. I am popular with my students, and yet some have quoted back to me some very negative belittling comments about me made by the principal Ms. Webb, made in my absence, but in the presence of the students.

7. There are numerous other witnesses who have heard Ms. Webb make negative comments about my age, and my physical condition (Ms. Webb's perception of my disability), and I will be supplementing this EEOC charge with statements from said witnesses very soon. I have suffered considerable mental anguish as a result of the demeaning comments Ms. Webb has made about my physical condition and age.

8. During the past year, when I was in the hospital, I was even visited by Ms. Webb, who brought with her a notice of "Voluntary Resignation of Employment." I felt that this was a very callous and insensitive effort by her to take advantage of my sickness at the time. Unfortunately, Ms. Webb has kept up her efforts repeatedly to get me to resign during the past 6 months.

9. My job is not only income to me that I need to live on. It has also been my meaning and purpose in life. I love teaching students English, and believe I am fully able to continue to do so. My eyesight is not something that will prevent me from continuing to do the same. Unfortunately, there is perception of disability by the employer Elmore County Board of Education, by and through its principal, Verna Webb of the Holtville Middle School. She appears to believe that I am incapable, due to my eyesight, of being able to teach. This perception, and the way I have been treated in that regard, is a violation of Americans Disabilities Act, I believe.

10. Further, the repeated direct comments about my age are ample, direct evidence of age discrimination practiced against me. Again, there are many witnesses who have heard Ms. Verna Webb make belittling comments to me about my older age, and my need to retire.

11. I therefore consider myself a victim also of the **Americans with Disabilities Act**, and the **Age Discrimination in Employment Act**. I have also suffered economic damages, mental anguish damages, and the necessity to hire an attorney, at a cost to myself. I seek all the relief to which I am entitled, under the aforesaid laws.

12. I hereby request any further communications with me be through my attorney Julian L. McPhillips, Jr., or his legal assistant Donna Puckett, and his law firm of McPhillips Shinbaum, LLP, whose address is P.O. Box 64, Montgomery, AL 36101, and whose phone number is 334-262-1911.

*/s/ Sandra K. Saxton*
SANDRA K. SAXTON

Before me, the undersigned Notary Public, appeared SANDRA K. SAXTON, who, known to me, do swear the foregoing is true and correct in every particular on this 10th day of February, 2006.

*/s/ Donna B. Puckett*
Notary Public
My Commission Expires: 11-25-07

[RECEIVED EEOC FEB 13 2006 BIRMINGHAM DISTRICT OFFICE stamp]

EEOC Form 161 (3/98)        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Sandra K. Saxton<br>4793 Old Union Road<br>Fitzpatrick, AL  36029 | From: | Equal Employment Opportunity Comm.<br>Ridge Park Place, Suite 2000<br>1130 22nd Street South<br>Birmingham, AL  35205 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420 2006 01007 | Lourdes C. Rowland, Investigator | 205-212-2057 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_[signature]_                                    18 MAY 2007
Delner Franklin-Thomas, District Director        (Date Mailed)

Enclosure(s)

cc:  Elizabeth B. Spear, Attorney            Elizabeth Brannen Carter, Esquire
     McPhillps Shinbaum, LLP                  Hill, Hill, Carter, Franco, Cole & Black PC
     516 South Perry Street                   425 south Perry Street
     Montgomery, AL  36104                    Post Office Box 116
                                              Montgomery, AL  36101-0116

PLAINTIFF'S EXHIBIT B

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000144
Cashier ID: brobinso
Transaction Date: 08/15/2007
Payer Name: LAW OFFICE OF ADAM MOREL LLC
----------------------------------------
CIVIL FILING FEE
 For: LAW OFFICE OF ADAM MOREL LLC
 Case/Party: D-ALM-2-07-CV-000733-001
 Amount:         $350.00
----------------------------------------
CHECK
 Check/Money Order Num: 2223
 Amt Tendered:   $350.00
----------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00
```