# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED

2007 AUG 15  A 9: 2¹

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **SANDRA K. SAXTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** 2:07-CV-733-MHT |
| | ) | |
| | ) | |
| **ELMORE COUNTY** | ) | **JURY TRIAL DEMAND** |
| **BOARD OF EDUCATION,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CONFLICT DISCLOSURE STATEMENT

The Plaintiff, Sandra K. Saxton, makes the following disclosure pursuant to the Middle

District of Alabama's general Order No. 3047:

1.    This party is an individual.

Respectfully submitted,

_____

Adam P. Morel
**ATTORNEY FOR THE PLAINTIFF**

**OF COUNSEL:**

**LAW OFFICES OF ADAM MOREL, L.L.C.**
517 Beacon Parkway
Birmingham, AL 35209
*Telephone:      (205) 252-8841*
*Facsimile:      (205) 252-3727*

**PLEASE SERVE DEFENDANTS BY CERTIFIED
MAIL RETURN RECEIPT REQUESTED:**

Jeffrey E. Langham, Superintendant
Elmore County Board of Education
203 Hill Street
Wetumpka, AL 36092