| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Doris Zeigler_   ☐ Agent   ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>_Doris Zeigler_   8-21-07<br>D. Is delivery address different from item 1?   ☐ Yes<br>If YES, enter delivery address below:   ☐ No |

1. Article Addressed to:

**Elmore County Board of Education**
**c/o Jeffery E. Langham, Superintendent**
**203 Hill Street**
**Wetumpka, AL 36092**

_07cv733_

| 3. Service Type | |
|---|---|
| ☑ Certified Mail | ☐ Express Mail |
| ☐ Registered | ☑ Return Receipt for Merchandise |
| ☐ Insured Mail | ☐ C.O.D. |

4. Restricted Delivery? (*Extra Fee*)   ☑ Yes

2. Article Number
(*Transfer from service label*)   7004 2890 0003 8235 8267

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540