IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRA K. SAXTON,<br><br>　　Plaintiff,<br><br>-vs-<br><br>ELMORE COUNTY BOARD<br>OF EDUCATION,<br><br>　　Defendant. | Case No. 2:07-cv-733 |

## ANSWER ON BEHALF OF DEFENDANT ELMORE COUNTY BOARD OF EDUCATION TO PLAINTIFF'S COMPLAINT

COMES NOW the Defendant, Elmore County Board of Education ("ECBOE"), by and through its counsel of record, and responds to the Plaintiff's *Complaint* as follows:

### FIRST DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

### SECOND DEFENSE

Plaintiff's *Complaint* fails to state a claim against Defendant upon which relief can be granted.

### THIRD DEFENSE

All Plaintiff's claims, as alleged in her *Complaint*, which occurred more than one hundred and eighty (180) days prior to the filing of her charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") are barred by the applicable statute of limitations and/or the Plaintiff's failure to comply with the procedures required by 42 U.S.C. § 2000(e).

### FOURTH DEFENSE

All of Plaintiff's claims in her *Complaint* which were not set forth in her EEOC charge are barred as outside the scope of the charge.

### FIFTH DEFENSE

If Plaintiff proves that any decision regarding her employment was motivated in whole or in part by her age, a regarded disability, or other unlawful intent, the Defendant will show that the same action would have been taken regardless of said unlawful intent.

SIXTH DEFENSE

Defendant's interest in the orderly administration of the Elmore County Public Schools outweighs any alleged interest or entitlement of Plaintiff.

SEVENTH DEFENSE

Defendant had a legitimate non-discriminate reasons for all employment decisions made regarding Plaintiff.

EIGHTH DEFENSE

For response to each numbered paragraph of the Plaintiff's *Complaint*, Defendant avers as follows:

Jurisdiction and Venue

1. With regard to the allegations as contained in paragraph 1 of Plaintiff's *Complaint*, Defendant specifically and categorically denies that any cause of action exists which would invoke the jurisdiction of this Honorable Court.  However, to the extent the Plaintiff herein alleges federal causes of action set forth in paragraph 1, Defendant does not deny that the jurisdiction of this Honorable Court would be proper for those causes of action.

2. With regard to the allegations as contained in paragraph 2 of Plaintiff's *Complaint*, these allegations are conclusory in nature, but to the extent a response is due from Defendant, said allegations are denied.

3. Defendant denies the allegations as contained in paragraph 3 of Plaintiff's *Complaint*.

Parties

4. On information and belief, Defendant admits the allegations as contained in paragraph 4 of Plaintiff's *Complaint*.

5. Defendant denies the allegations as contained in paragraph 5 of Plaintiff's *Complaint*.

Administrative Remedies

6. Defendant denies the allegations as contained in paragraph 6 of Plaintiff's *Complaint*.

7. Defendant admits the allegations as contained in paragraph 7 of Plaintiff's *Complaint*.

Factual Allegations

8. Defendant denies the allegations as contained in paragraph 8 of Plaintiff's *Complaint*.

9. Defendant denies the allegations as contained in paragraph 9 of Plaintiff's *Complaint*.

10. Defendant denies the allegations as contained in paragraph 10 of Plaintiff's *Complaint*.

11. Defendant denies the allegations as contained in paragraph 11 of Plaintiff's *Complaint*.

12. Defendant denies the allegations as contained in paragraph 12 of Plaintiff's *Complaint*.

13. Defendant denies the allegations as contained in paragraph 13 of Plaintiff's *Complaint*.

14. Defendant denies the allegations as contained in paragraph 14 of Plaintiff's *Complaint*.

Count I
Americans With Disabilities Act
(Disparate Treatment)

15. Defendant hereby restates and adopts by reference as though set forth fully herein responses to paragraphs one through fourteen of Plaintiff's *Complaint*.

16. Defendant denies the allegations as contained in paragraph 16 of Plaintiff's *Complaint*.

Defendant denies that Plaintiff is entitled to the relief requested in her prayer for relief contained in Count I.

Count II
Americans With Disabilities Act
(Hostile Work Environment)

17. Defendant hereby restates and adopts by reference as though set forth fully herein responses to paragraphs one through sixteen of Plaintiff's *Complaint*.

18. Defendant denies the allegations as contained in paragraph 18 of Plaintiff's *Complaint*.

Defendant denies that Plaintiff is entitled to the relief requested in her prayer for relief contained in Count II.

Count III
Age Discrimination in Employment Act
(Disparate Treatment)

19. Defendant hereby restates and adopts by reference as though set forth fully herein responses to paragraphs one through eighteen of Plaintiff's *Complaint*.

20. Defendant denies the allegations as contained in paragraph 20 of Plaintiff's *Complaint*.

Defendant denies that Plaintiff is entitled to the relief requested in her prayer for relief contained in Count III.

Count IV
Age Discrimination in Employment Act
(Hostile Work Environment)

21. Defendant hereby restates and adopts by reference as though set forth fully herein responses to paragraphs one through twenty of Plaintiff's *Complaint*.

22. Defendant denies the allegations as contained in paragraph 22 of Plaintiff's *Complaint*.

Defendant denies that Plaintiff is entitled to the relief requested in her prayer for relief contained in Count IV.

DATED THIS the 10th day of September, 2007.

ELMORE COUNTY BOARD OF
EDUCATION, Defendants,

By: /S/  James R. Seale
James R. Seale (3617-E-68J)
HILL, HILL, CARTER,
    FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
Counsel for Defendant
wwm/6630.0180/f:Answer.wpd

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Answer on Behalf of Defendant Elmore County Board of Education To Plaintiff's Complaint* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: Adam P. Morel, Esquire (adam@morellawfirm.com); this the 10th day of September, 2007.

/S/  James R. Seale