IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SANDRA K. SAXTON,

       Plaintiff,

-vs-

ELMORE COUNTY BOARD
OF EDUCATION,

       Defendant.

Case No. 2:07-cv-733

## ELMORE COUNTY BOARD OF EDUCATION'S CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, Elmore County Board of Education, and in accordance with the order of this court does hereby make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Fed.R.Civ.P., 7.1 and this Court's General Order Miscellaneous Case No. 00-3047:

       **This party is a governmental entity**.

RESPECTFULLY SUBMITTED this the 10th day of September, 2007.

ELMORE COUNTY BOARD OF
EDUCATION, Defendants,

By: _/S/_  James R. Seale
       James R. Seale (3617-E-68J)
       HILL, HILL, CARTER,
         FRANCO, COLE & BLACK, P.C.
       Post Office Box 116
       Montgomery, Alabama 36101-0116
       (334) 834-7600
       (334) 263-5969 - fax
       E-mail: jrs@hillhillcarter.com
       Counsel for Defendant
       wwm/6630.0002/f:Corporate Disclosure Statement.wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Elmore County Board of Education's Corporate Disclosure Statement* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: Adam P. Morel, Esquire (adam@morellawfirm.com); this the 10th day of September, 2007.

_/S/_  James R. Seale