IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SANDRA K. SAXTON,

    Plaintiff,

-vs-

ELMORE COUNTY BOARD
OF EDUCATION,

    Defendant.

Case No. 2:07-cv-733

## REPORT OF RULE 26(F) PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held between counsel for the parties on the 9th day of October, 2007, via telephone, and now submit the following Report of that meeting to the Court for its consideration.

1. The meeting was attended by:

    a. Adam Paul Morel for Plaintiff Saxton;

    b. Elizabeth Brannen Carter for the Defendant Elmore County Board of Education.

2. Pre-discovery disclosures. The parties will exchange by October 26, 2007, the information required by Rule 26.

3. Discovery Plan: The Defendant proposes to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects: all matters raised in the Complaint, any amendments to the Complaint and any Answer;

    b. All discovery commenced in time to be completed by May 30, 2008;

    c. Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service;

    d. Maximum of 40 requests for production by each party to any other party. Responses due 30 days after service;

    e. Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service;

    f. Maximum of 5 depositions by Plaintiff and 5 depositions by Defendant, unless otherwise agreed to by the parties;

    g. Each deposition, other than that of the parties, limited to a maximum of 7 hours, unless otherwise agreed to by the parties. Parties' depositions limited to a maximum of 7 hours, unless otherwise agreed to by the parties;

      h.    Reports from retained experts under Rule 26(a)(2) due:

           (1)  from Plaintiff by February 1, 2008; and
           (2)  from Defendant by March 1, 2008; and

      i.    Supplementations under Rule 26(e) a reasonable time after discovery.

4.    Other matters.

      a.    The Defendant does not request a conference with the Court before entry of the Scheduling Order;

      b.    Plaintiff should be allowed until March 1, 2008 to join additional parties and until April 1, 2008 to amend the pleadings;

      c.    Defendant should be allowed until April 1, 2008 to join additional parties and until May 1, 2008 to amend the pleadings;

      d.    All potentially dispositive motions should be filed by April 15, 2008;

      e.    Settlement cannot be realistically evaluated prior to April 1, 2008;

      f.    The parties request a final pretrial conference in August, 2008;

      g.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

           (1)  from Plaintiff: 30 days before trial; and
           (2)  from Defendant: 30 days before trial.

      h.    Parties should have until no less than 14 days prior to trial to list objections to witnesses and exhibits under Rule 26(a)(3); and

      i.    The case should be ready for trial by September 8, 2008, and is expected to take approximately 2-3 days, exclusive of jury selection and pretrial argument.

Plaintiff's counsel has not suggested ADR. At this point, Defendant is not inclined to attempt ADR. The position of Defendant may change over the coming weeks or months. Defendant will inform the Court in a timely manner as to any change in its position regarding ADR.

The undersigned attests that Adam Paul Morel has agreed to the foregoing and has authorized me to execute this document and electronically file same on his behalf.

RESPECTFULLY SUBMITTED this the 9th day of October, 2007.

| SANDRA K. SAXTON, | ELMORE CITY BOARD OF EDUCATION, |
|---|---|
| Plaintiff, | Defendant, |//

By: /S/ Adam Paul Morel

Adam Paul Morel
LAW OFFICE OF ADAM MOREL
517 Beacon Parkway West
Birmingham, Alabama 35205
(205) 252-8841
(205) 252-7787 - fax
Email: amorel@theslgpc.com

By: /S/ Elizabeth Brannen Carter

James R. Seale (3617-E-68J)
Elizabeth Brannen Carter (3272-C-38E)
HILL, HILL, CARTER,
   FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
E-mail: ecarter@hillhillcarter.com
**Counsel for Defendant**
wwm/6630.0178/g:Rule 26(f) Parties Planning Meeting.wpd