IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRA SAXTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 2:07-cv-733-MHT |
| ) | |
| ELMORE COUNTY BOARD ) | |
| OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION TO FILE DISPOSITIVE MOTIONS**

COMES NOW Defendant in the above-styled cause, and respectfully requests a one (1) week extension from May 13, 2008 to May 20, 2008 in which to file dispositive motions in the above-styled cause. As grounds for said motion, Defendant states as follows:

1. Plaintiff consents and otherwise joins in this motion.

2. Counsel for Plaintiff and Defendant in good faith believe that it is likely that this matter can be resolved. Moreover, the chances of resolution are greater if such can occur prior to the filing of dispositive motions.

3. Undersigned counsel is leaving the state and will not return until the evening of May 13, 2008.

4. The parties request this short extension so that negotiations can continue when undersigned counsel returns in hopes that the filing of any dispositive motions will be unnecessary.

5. Defendant does not file this motion to cause any type of unnecessary or unfair delay.

WHEREFORE PREMISES HAVING BEEN CONSIDERED, Defendant respectfully request that the deadline for the dispositive motions be moved from May 13, 2008 to May 20, 2008.

RESPECTFULLY SUBMITTED this the 8th day of May 2008.

                                              ELMORE COUNTY BOARD OF EDUCATION, Defendant,

By:    /S/   Elizabeth Brannen Carter
James R. Seale (3617-E-68J)
Elizabeth Brannen Carter (3272-C-38E)
Jayne L. Harrell (6544-Y-85H)
HILL, HILL, CARTER,
    FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
Counsel for Defendant
wwm/6630.0002/f:motion for ext to file msj.wpd

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Motion for Summary Judgment on Behalf of Defendant,* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: Adam P. Morrell, Esquire (adam@morellawfirm.com) this the 8th day of May, 2008.

                                                /S/   Elizabeth Brannen Carter