IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SANDRA K. SAXTON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv733-MHT |
| | ) | |
| ELMORE COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion for extension to file dispositive motions (doc. no. 11) is granted.

DONE, this the 9th day of May, 2008.

                                 /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**