IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SANDRA SAXTON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ELMORE COUNTY BOARD OF )<br>EDUCATION, et al., )<br>)<br>Defendants. ) | CASE NO.: 2:07-CV-733-MHT |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the parties by and through their undersigned respective counsel of record, and stipulate unto the Court that this case has been settled and is therefore due to be dismissed with prejudice pursuant to the terms of the release and that all claims brought by Plaintiff or which could have been brought by Plaintiff in this civil action may be dismissed with prejudice, with each party to bear their own costs.

DATED THIS the 23rd day of June, 2008.

| | |
|---|---|
| /s/ *Adam P. Morell* | /s/ *Elizabeth Brannen Carter* |
| ADAM P. MORELL | ELIZABETH BRANNEN CARTER |
| Attorney for Plaintiff | Attorney for Defendants |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| LAW OFFICES OF ADAM MORELL, LLC | HILL, HILL, CARTER, FRANCO, |
| 517 Beacon Parkway West | COLE and BLACK, P.C. |
| Birmingham, Alabama 35209 | Post Office Box 116 |
| (205) 252-8841 | Montgomery, Alabama 36101-0116 |
| (205) 252-3727 facsimile | (334) 834-7600 |
| | (334-832-7419 facsimile |